UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   CASE NO.: 17-13159-BKC-AJC
     Chapter 7
**HERNAN HERRERA**
**YARA HERRERA**
      Debtors.       /

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about July 5, 2017, the sale of the Estate's interest in the following described items were sold for a total of $3,000.00 to the Debtor, Hernan Herrera and Yara Herrera. The sale was completed pursuant to the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets, dated July 5, 2017, (ECF 34).

- 2002 Ford Explorer
- 2003 Honda Odyssey
- Household Goods
- Financial Accounts
- Estate's Interest in Tax Refund

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on October 2, 2017, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
25 SE 2nd Ave., Suite 248
Miami, FL 33131
Telephone: (305) 375-8171
Telefax: (305) 381-7708
JTabas@tabassoloff.com

| | | |
|---|---|---|
| (p)ADMIN RECOVERY<br>45 EARHART DR<br>SUITE 102<br>WILLIAMSVILLE NY 14221-7809 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| ACAR Leasing LTD d/b/s GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | Alliance One<br>4850 Street Rd. Suite 300<br>Feasterville Trevose, PA 19053-6643 | Alliance One / Best Buy<br>P.O BOX 3004<br>Phoenixville, PA 19460-0919 |
| Ally Financial<br>Attn: Bankruptcy<br>Po Box 130424<br>Roseville, MN 55113-0004 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | Amex Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Andrew, Palma & Andrew, PL<br>1000 NW 57th Ct, Suite 400<br>Miami, FL 33126-3292 | ARS<br>PO Box 459079<br>Fort Lauderdale, FL 33345-9079 | Baptist Hospital<br>8900 N Kendall Dr.<br>Miami, FL 33176-2197 |
| Best Buy<br>P.O BOX 6204<br>Sioux Falls, SD 57117-6204 | Branch B&t<br>Credit Card Disput<br>Wilson, NC 27894 | Cap1/bstby<br>POB 30279<br>Salt Lake City, UT 84130-0279 |
| Cap1/bstby<br>Po Box 6204<br>Sioux Falls, SD 57117-6204 | Capital Management Services, LP<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210-1464 | Cavalry<br>PO box 520<br>Valhalla, NY 10595-0520 |
| Cavalry / Brandsmart<br>Valhalla, NY 10595 | Cavalry SPV I, LLC as assignee of Synchrony<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cawley & Bergmann, LLP<br>415 Lawrence Bell Drive<br>Buffalo, NY 14221-7805 |
| Central Florida Invest<br>Cfi/Westgate Resorts<br>2801 Old Winter Garden Rd<br>Ocoee, FL 34761-2965 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/Ann Taylor<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Ann Taylor Loft<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |

| | | |
|---|---|---|
| Comenity Bank/TSA<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | Financial Recovery Services Inc<br>P.O Box 385908<br>Minneapolis, MN 55438-5908 | First Residential<br>PO Box 028104<br>Miami, FL 33102-8104 |
| GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1198 | GECRB / HH Gregg<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Banana Republic<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/BrandsMart<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Gap<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Old Navy<br>Attn: Bankruptcy<br>Po Box 130104<br>Roswell, GA 30076 | Global Credit Collections<br>5440 N Cumberland Ave suite 300<br>Chicago, IL 60656-1486 |
| GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | Hernan Herrera<br>22009 SW 100th Place<br>Cutler Bay, FL 33190-1139 | Hsbc Mortgage Corp Usa<br>Pob 4604<br>Buffalo, NY 14240 |
| LTD Financial Services Limited<br>7322 SE Freeway Suite 1600<br>Houston, TX 77074 | Miami Children's Hospital<br>PO Box 862192<br>Orlando, FL 32886-2192 | Midland Credit Management, Inc.<br>8875 Aero Drive, Ste 200<br>San Diego, CA 92123-2255 |
| Midland Funding LLC<br>2365 Northside Drive<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Montego Bay Homeowners Assocaition, Inc<br>c/o FirstService Residential<br>18951 SW 106 Avenue, #201<br>Miami, FL 33157-7670 | MRS<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | Nationstar Mortgage<br>P.O. Box 619063<br>Dallas, TX 75261-9063 |
| Nationstar Mortgage LLC<br>Shapiro, Fishman & Gache', LLP<br>c/o Steve Powrozek<br>4630 Woodland Corporate Blvd #100<br>Tampa, FL 33614-2429 | NES<br>29125 Solon Road<br>Solon, OH 44139-3442 | Nordstrom FSB<br>Attention: Account Services<br>Po Box 6566<br>Englewood, CO 80155-6566 |

| | | |
|---|---|---|
| Old Cutler Lakes by the Bay HOA<br>18951 SW 106 Ave, Suite 201<br>BLDG 300<br>Miami, FL 33157-7670 | Penn Credit<br>916 S 14th Street<br>PO Box 988<br>Harrisburg, PA 17108-0988 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quest Diagnostics<br>Po Box 740781<br>Cincinnati, OH 45274-0781 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Syncb/banana Rep<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/brandsmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/gap<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Syncb/lord & Tay<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/toysrusdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony/Brandsmart<br>Orlando, FL 32896-0001 |
| The home depot<br>P.O BOX 1503<br>Saint Peters, MO 63376-0027 | United collection Bureau<br>5620 Southyck blvd suite 206<br>Toledo, OH 43614-1501 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614-1501 |
| Yara Herrera<br>22009 SW 100th Place<br>Cutler Bay, FL 33190-1139 | Zwicker & Associates, P.c.<br>PO BOX 9013<br>Andover, MA 01810-0913 | |