FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-13159 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HERRERA, HERNAN | | | Date Filed (f) or Converted (c): | 03/16/17 (f) |
| | HERRERA, YARA | | | 341(a) Meeting Date: | 04/17/17 |
| For Period Ending: | 09/30/17 | | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22009 SW 100 PLMiami FL 33190-0000<br>Value based on Miami-Dade Property Appraisal,<br>22009 SW 100 PLMiami FL 33190-0000 | 163,590.00 | 0.00 | | 0.00 | FA |
| 2. 2002 Ford Explorer (Value based on Carmax) mileage<br>2002 Ford Explorer (Value based on Carmax) mileage: 236665<br>Order Granting Motion to Approve Stipulation for Compromise and Settlement, 7/5/17 (ECF 34) | 1,000.00 | 527.03 | | 527.03 | FA |
| 3. 2003 Honda Odessy (Value based on Carmax) mileage:<br>2003 Honda Odessy (Value based on Carmax) mileage: 199125<br>Included in Settlement with Asse t#2 | 700.00 | 405.41 | | 405.41 | FA |
| 4. 2 Sofas, chairs, lamp, table, dinning table with c<br>2 Sofas, chairs, lamp, table, dinning table with chairs, desk, 3 beds, 1 dresser, 4 nightstands.In Debtor's possession. Value based on age and condition.<br>Included in Settlement with Asse t#2 | 885.00 | 581.03 | | 581.03 | FA |
| 5. 3 TVs, 2 DVD players, 1 computer, 2 laptopsIn Debt<br>3 TVs, 2 DVD players, 1 computer, 2 laptopsIn Debtor's possession. Value based on age and condition.<br>Included in Settlement with Asse t#2 | 300.00 | 196.96 | | 196.96 | FA |
| 6. Used clothes, shoes & accessories<br>Used clothes, shoes & accessories | 50.00 | 32.83 | | 32.83 | FA |

LFORM1    Ver: 20.00e

| Case No: | 17-13159 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HERRERA, HERNAN | | | Date Filed (f) or Converted (c): | 03/16/17 (f) |
| | HERRERA, YARA | | | 341(a) Meeting Date: | 04/17/17 |
| | | | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Included in Settlement with Asse t#2 | | | | | |
| 7. Wells Fargo Bank<br>Wells Fargo Bank<br>Included in Settlement with Asse t#2 | 7.00 | 3.23 | | 3.23 | FA |
| 8. Wells Fargo<br>Wells Fargo<br>Included in Settlement with Asse t#2 | 80.00 | 36.86 | | 36.86 | FA |
| 9. Bank of America<br>Bank of America<br>Included in Settlement with Asse t#2 | 0.99 | 0.43 | | 0.43 | FA |
| 10. 401(k) Fidelity Investment<br>401(k) Fidelity Investment | 3,341.50 | 0.00 | | 0.00 | FA |
| 11. 401(k) Fidelity Investment<br>401(k) Fidelity Investment | 2,151.31 | 0.00 | | 0.00 | FA |
| 12. Life insurance Lincoln Benefit Life Compay 2940 So<br>Life insurance Lincoln Benefit Life Compay 2940 South 84 St Lincoln, Nebraska 68506, Beneficiary: Yara Herrera, Pedro Herrera, Renatta Herrera | 350,000.00 | 0.00 | | 0.00 | FA |
| 13. Money Life Insurance | 150,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 17-13159 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | HERRERA, HERNAN | | | Date Filed (f) or Converted (c): | 03/16/17 (f) |
| | HERRERA, YARA | | | 341(a) Meeting Date: | 04/17/17 |
| | | | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Money Life Insurance | | | | | |
| 14. Potential Interest in Tax Refund (u)  Included in Settlement with Asset #2 | 0.00 | 1,216.21 | | 1,216.22 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $672,105.80 | $2,999.99 | | $3,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been fully administered.  Case closing is in process.

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 12/31/17

LFORM1

Ver: 20.00e

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13159 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HERRERA, HERNAN | Bank Name: | Union Bank |
| | HERRERA, YARA | Account Number / CD #: | *******2058  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7334 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/17 | | Herrera, Yara | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/5/17 (ECF 34) | | 3,000.00 | | 3,000.00 |
| | 2 | ASSET 2 | Memo Amount:              527.03 | 1129-000 | | | |
| | 3 | ASSET 3 | Memo Amount:              405.41 | 1129-000 | | | |
| | 4 | ASSET 4 | Memo Amount:              581.03 | 1129-000 | | | |
| | 7 | ASSET 7 | Memo Amount:                  3.23 | 1129-000 | | | |
| | 14 | ASSET 14 | Memo Amount:           1,216.22 | 1224-000 | | | |
| | 5 | ASSET 5 | Memo Amount:              196.96 | 1129-000 | | | |
| | 6 | ASSET 6 | Memo Amount:                32.83 | 1129-000 | | | |
| | 8 | ASSET 8 | Memo Amount:                36.86 | 1129-000 | | | |
| | 9 | ASSET 8 | Memo Amount:                  0.43 | 1129-000 | | | |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,985.00 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,970.00 |

Page Subtotals        3,000.00        30.00

Ver: 20.00e

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 17-13159 -AJC |
| Case Name: | HERRERA, HERNAN |
| | HERRERA, YARA |
| Taxpayer ID No: | *******7334 |
| For Period Ending: | 09/30/17 |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2058  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,000.00 | COLUMN TOTALS | 3,000.00 | 30.00 | 2,970.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 3,000.00 | 30.00 | |
| Memo Allocation Net: | 3,000.00 | Less:  Payments to Debtors |  | 0.00 | |
|  |  | Net | 3,000.00 | 30.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 3,000.00 * | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 * | Checking Account (Non-Interest Earn - *******2058 | 3,000.00 | 30.00 | 2,970.00 |
| Total Memo Allocation Net: | 3,000.00 | | 3,000.00 | 30.00 | 2,970.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00         0.00

Ver: 20.00e

LFORM24